# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

DEL MARTINEZ EVANS

**CRIMINAL COMPLAINT**

MAGISTRATE JUDGE COLE

FILED
JUL - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NUMBER:

**08 CR 538**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 2, 2008 in __Cook__ County, in the __Northern__ District of __Illinois__, and elsewhere, defendant(s) did,

by force and violence, and by intimidation, take from the person and presence of another, approximately $1,000 in United States Currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, the Washington Mutual Bank, located at 92 East 103rd Street, Chicago, Illinois, which was then insured by the Federal Deposit Insurance Corporation,

in violation of Title __18__ United States Code, Section __2113(a)__.

I further state that I am a __Special Agent, Federal Bureau of Investigation (FBI)__ and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof: __x__ Yes ____ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

July 9, 2008
Date

at Chicago, Illinois
City and State

Hon. Jeffrey Cole, U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

STATE OF ILLINOIS           )
                            )SS
COUNTY OF COOK              )

## AFFIDAVIT

I, Charles Adam, being duly sworn under oath, state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), and have been so employed since 2006. I am assigned to the Violent Crimes Task Force (VCTF) and investigate various crimes, including bank robberies.

2. The information contained in this affidavit is based upon my personal knowledge, my participation in this investigation, information gathered from other law enforcement officers and bank employees, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause in support of a complaint against DEL MARTINEZ EVANS, and does not contain all details or all facts of which I am aware relating to this investigation.

### July 2, 2008 Robbery of the Washington Mutual Bank

3. On July 2, 2008, at approximately 12:05 p.m., Washington Mutual Bank, which was then insured by the Federal Deposit Insurance Corporation, located at 92 East 103rd Street, Chicago, Illinois, was robbed of $1,000 in United States Currency (U.S.C.) by a lone black male (herein referred to as "the robber").

4. According to the victim teller (herein referred to as "teller A"), the robber approached teller A and handed her a demand note which read, "Give me some money, I HAVE A GUN (written in dark capitol letters), don't play." The robber told teller A to hurry up because he had a van waiting for him around the corner. Teller A explained to the robber that she would have to print a withdrawal slip which he would have to take to the cash dispensing machine to obtain money. The

teller printed the withdrawal slip and provided it to the robber. The robber entered the code on the withdrawal slip into the cash dispensing machine and retrieved $1,000 in U.S.C.

5. Teller A described the robber as a black male, 23 to 26 years of age, approximately 5'6" to 5'7", thin build, thin mustache, wearing a white baseball cap with the letters "DC" on the front, a white T-shirt, and black jeans.

### July 8, 2008 Robbery of the Washington Mutual Bank

6. On July 8, 2008, at approximately 10:00 a.m., the same robber returned to the Washington Mutual Bank, which was then insured by the Federal Deposit Insurance Corporation, located at 92 East 103rd Street, Chicago, Illinois (the location of the July 2, 2008, bank robbery) and attempted to rob the bank.

7. Teller A from the robbery on July 2, 2008, was also working on July 8, 2008, when the robber entered the bank. Teller A recognized the robber from the previous robbery and immediately activated her personal security alarm. The robber approached a different teller (herein referred to as "teller B") and lifted his shirt to display the black handle of an object in his waistband. The robber provided teller B with a demand note that read, "Money in the bag $50,000 no money clips no dye no ink 20's 10's 5's There's A GUN *." The robber told the victim teller to put $10,000 in the blue bag which he was carrying. Teller B began printing withdrawal slips in $1,000 increments and providing them to the robber. The robber withdrew U.S.C. in $1,000 increments from the cash dispensing machine while continuing to demand more receipts in an effort to draw more money.

8. Members of the Chicago Police Department, in response to the alarm activation, entered the Washington Mutual Bank located at the above address and arrested the robber. The arresting officers recovered a knife with black handle from the waistband of the robber. The robber was identified as DEL MARTINEZ EVANS and transported to the Chicago Police Department's 5th

District. EVANS is a black male, 5' 6", 185 lbs, 23 years of age, with a thin mustache. Members of the VCTF responded to the 5th District to interview EVANS.

### EVAN's Post-Arrest Confession

9. EVANS was advised by VCTF members of his *Miranda* rights orally and in writing. After being *Mirandized*, EVANS agreed to and did waive his rights, orally and in writing, after which EVANS submitted to an interview.

10. EVANS stated that he robbed the Washington Mutual Bank located at the above address on July 2, 2008, using only a demand note. He stated that he obtained $1,000, during the robbery, which he immediately spent. EVANS stated that he returned to the same bank on July 8, 2008, with the intention of obtaining $50,000. He stated that he approached teller B and raised his shirt to expose the handle of the knife concealed in his waistband as a demonstration of force to the teller. EVANS stated he provided the demand note to the teller and asked for $50,000. He stated that he demanded more receipts for the money dispensing machine as he withdrew money and placed it in a bag that he had brought with him. EVANS stated the police arrested him as he was attempting to obtain more money.

11. Based on the foregoing facts, Affiant respectfully submits that there is probable cause to believe that DEL MARTINEZ EVANS did, by force and violence, and by intimidation, on July 2, 2008, take approximately $1,000 U.S.C. belonging to and in the care, custody, control, management, and possession of the Washington Mutual Bank branch office located at 92 East 103rd Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

Charles Adam
Special Agent
Federal Bureau of Investigation.

SUBSCRIBED AND SWORN TO BEFORE
ME THIS 9th DAY OF JULY, 2008:

HON. JEFFREY COLE
UNITED STATES MAGISTRATE JUDGE