# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 538 - 1 | **DATE** | 7/9/2008 |
| **CASE TITLE** | USA vs. Del Martinnez Evans | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Del Martinnez Evans ppears in response to arrest on 7/9/08. Helen J. Kim is appointed as counsel for defendant. Defendant informed of the charges against him and the maximum penalty, his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel and his right to a preliminary hearing. Defendant waives his right to a bond hearing and preliminary examination hearing without prejudice to its renewal at anytime. Defendant is ordered detained and bound to the District Court for further proceedings.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|