UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 538 |
| v. ) | Violations: Title 18, United States Code, Section 2113(a) |
| DEL MARTINEZ EVANS ) | |

JUDGE JOAN H. LEFKOW
MAGISTRATE JUDGE COLE

COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about July 2, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

DEL MARTINEZ EVANS,

defendant herein, did by force and violence, and by intimidation, take from the person and presence of bank employees, approximately $1,000 in United States Currency, belonging to, and in the care, custody, control, management, and possession of Washington Mutual Bank, located at 92 East 103rd Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about July 8, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

DEL MARTINEZ EVANS,

defendant herein, did by force and violence, and by intimidation, attempt to take from the person and presence of bank employees, money belonging to, and in the care, custody, control, management, and possession of Washington Mutual Bank, located at 92 East 103rd Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY