# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **JUDGE JOAN H. LEFKOW** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0538 | DATE | August 6, 2008 |
| CASE TITLE | US v. DEL MARTINEZ EVANS | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING

**MAGISTRATE JUDGE COLE**

The Grand Jury for the _SPECIAL MARCH 2007_ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

FILED
AUG 06 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

**DOCKET ENTRY:**

NO BOND SET, DETAINTED BY MAGISTRATE.

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials / Date/time received in Central Clerk's office

Number of notices / Date docketed / Docketing dpty. initials / Date mailed notice / Mailing dpty. initials / DOCKET #