## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 538 - 1 | **DATE** | 8/13/2008 |
| **CASE TITLE** | USA vs. Del Martinez Evans | | |

**DOCKET ENTRY TEXT**

Arraignment held on 8/13/08. Defendant informed of his rights. Defendant enters a plea of not guilty to all counts of the Indictment. Rule 16.1 Conference to be held by 8/20/08. Pretrial motions to be filed by 9/3/08. Response to be filed by 9/17/08. Reply to be filed by 9/24/08. Status hearing before Judge Lefkow set for 10/1/08 at 9:15 a.m. Time is excluded from 8/13/08 through 10/1/08 pursuant to 18 USC § 3161 (h)(1)(F).

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|